**Fill in this information to identify the case:**

United States Bankruptcy Court for the:
**NORTHERN DISTRICT OF TEXAS**

Case number (if known): _____  Chapter __11__

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy          06/22

If more space is needed, attach a separate sheet to this form.  On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, Instructions for Bankruptcy Forms for Non-Individuals, is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **Cloud Ventures 1, LLC d/b/a Pipeline Trenchers Group** |
| 2. | All other names debtor used in the last 8 years <br><br> Include any assumed names, trade names and *doing business as* names | **dba Pipeline Trenchers Group** |
| 3. | Debtor's federal Employer Identification Number (EIN) | __8__ __7__ – __3__ __9__ __6__ __1__ __7__ __2__ __7__ |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **312 Victory Lane** | |
| Number    Street | Number    Street |
| | P.O. Box |
| **Mansfield**   **TX**   **76063** | |
| City    State    ZIP Code | City    State    ZIP Code |
| **Tarrant** | **Location of principal assets, if different from principal place of business** |
| County | |
| | Number    Street |
| | City    State    ZIP Code |

5. **Debtor's website (URL)** _____

6. **Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other.  Specify: _____

Debtor   **Cloud Ventures 1, LLC d/b/a Pipeline Trenchers Group**          Case number (if known) _____

**7.  Describe debtor's business**

*A.  Check one:*

☐  Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐  Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐  Railroad (as defined in 11 U.S.C. § 101(44))

☐  Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐  Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐  Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑  None of the above

*B.  Check all that apply:*

☐  Tax-exempt entity (as described in 26 U.S.C. § 501)

☐  Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐  Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

*C.*  NAICS (North American Industry Classification System) 4-digit code that best describes debtor.  See http://www.uscourts.gov/four-digit-national-association-naics-codes

__2__  __3__  __7__  __1__

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box.  A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐  Chapter 7

☐  Chapter 9

☑  Chapter 11.  *Check all that apply:*

☑  The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725.  If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐  The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, AND IT CHOOSES TO PROCEED UNDER SUBCHAPTER V OF CHAPTER 11.  If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐  A plan is being filed with this petition.

☐  Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐  The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934.  File the Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy Under Chapter 11 (Official Form 201A) with this form.

☐  The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐  Chapter 12

Debtor **Cloud Ventures 1, LLC d/b/a Pipeline Trenchers Group**          Case number (if known) _____

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes. District _____ When _____ Case number _____
                                            MM / DD / YYYY

       District _____ When _____ Case number _____
                                            MM / DD / YYYY

       District _____ When _____ Case number _____
                                            MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No

☐ Yes. Debtor _____ Relationship _____

       District _____ When _____
                                            MM / DD / YYYY

       Case number, if known _____

       Debtor _____ Relationship _____

       District _____ When _____
                                            MM / DD / YYYY

       Case number, if known _____

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

Debtor  **Cloud Ventures 1, LLC d/b/a Pipeline Trenchers Group**     Case number (if known) _____

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No
☐ Yes. Answer below for each property that needs immediate attention.  Attach additional sheets if needed.

**Why does the property need immediate attention?**     *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?**     _____
                                Number     Street

_____

_____   _____   _____
City                                State     ZIP Code

**Is the property insured?**

☐ No
☐ Yes.   Insurance agency _____
              Contact name _____
              Phone _____

---

## Statistical and adminstrative information

**13. Debtor's estimation of available funds**

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☑ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated assets**

☐ $0-$50,000
☑ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million

☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0-$50,000
☐ $50,001-$100,000
☑ $100,001-$500,000
☐ $500,001-$1 million

☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

Debtor  **Cloud Ventures 1, LLC d/b/a Pipeline Trenchers Group**          Case number (if known) _____

| **Request for Relief, Declaration, and Signatures** |

**WARNING --** Bankruptcy fraud is a serious crime.  Making a false statement in connection with a bankruptcy case can result in fines up to
$500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

17.  **Declaration and signature of
     authorized representative
     of debtor**

- The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in
  this petition.

- I have been authorized to file this petition on behalf of the debtor.

- I have examined the information in this petition and have a reasonable belief that the information is
  true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **01/26/2023**
             MM / DD / YYYY

**X  /s/ Chris Cloud**
Signature of authorized representative of debtor
**Chris Cloud**
Printed name
**Member**
Title

18.  **Signature of attorney**

**X  /s/ Craig D. Davis**                    Date  **01/26/2023**
Signature of attorney for debtor                   MM / DD / YYYY

**Craig D. Davis**
Printed name
**Davis, Ermis & Roberts, P.C.**
Firm name
**1521 N Center, Suite 860**
Number        Street

_____

**Arlington**                              **TX**        **76011**
City                                       State        ZIP Code

**(817) 265-8832**                         **davisdavisandroberts@yahoo.com**
Contact phone                              Email address
**00793588**                               **TX**
Bar number                                 State

B2030 (Form 2030) (12/15)

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

In re  **Cloud Ventures 1, LLC d/b/a Pipeline Trenchers Group**                      Case No.  _____

                                                                                                                Chapter  **11**_____

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.  Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept................................................................   **$8,262.00**

Prior to the filing of this statement I have received.......................................................   **$8,262.00**

Balance Due......................................................................................................   **$0.00**

2.  The source of the compensation paid to me was:

☑ Debtor            ☐ Other (specify)

3.  The source of compensation to be paid to me is:

☑ Debtor            ☐ Other (specify)

4.  ☑  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐  I have agreed to share the above-disclosed compensation with another person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

b.  Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

B2030 (Form 2030) (12/15)

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following services:

<table>
<tr><td colspan="2" align="center">CERTIFICATION</td></tr>
</table>

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| **01/26/2023** | **/s/ Craig D. Davis** |
|:---:|:---|
| *Date* | *Craig D. Davis*                          Bar No.  00793588 |
| | Davis, Ermis & Roberts, P.C. |
| | 1521 N Center, Suite 860 |
| | Arlington, TX 76011 |
| | Phone: (817) 265-8832 / Fax: (972) 262-3264 |

**/s/ Chris Cloud**

*Chris Cloud*
*Member*

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

IN RE:   **Cloud Ventures 1, LLC d/b/a Pipeline Trenchers Group**          CASE NO

CHAPTER   **11**

## <u>VERIFICATION OF CREDITOR MATRIX</u>

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date  1/26/2023 _____          Signature  **/s/ Chris Cloud** _____
                                                     *Chris Cloud*
                                                     *Member*

Date _____          Signature _____

Debtor(s):  **Cloud Ventures 1, LLC d/b/a Pipeline Trenchers Group**

Case No.
Chapter:  **11**

**NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

Advantage Equipment Rental an S.
c/o Tyler Green
508 N. Ridgeway
Cleburne, TX  76033

INTERNAL REVENUE SERVICE
AUSTIN, TX 73301

William T. Neary
Office of the US Trustee
1100 Commerce St., Rm 9C60
Dallas, TX  75242

Attorney General Office
400 S. Zang Blvd., Ste. 1100
Dallas, TX  75208-6646

INTERNAL REVENUE SERVICE
PO BOX 7346
PHILADELPHIA, PA 19101-7346

WILLIAM T. NEARY
OFFICE OF THE US TRUSTEE
1100 COMMERCE ST, RM 9C60
DALLAS, TX. 75242

Bennett Construction
c/o Bradley Davenport
210 Park Ave, Suite 1200
Oklahoma City, OK  73102

Lea County State Bank
1017 North Turner St.
Hobbs, NM  88240

Y-Bar-A
P.O. Box 165
Midland, TX  79702

Blanchard Welding
1103 S. Harry Ave
Monahans, TX  79756

Pipeline Trenchers, LLC
c/o James Louis Horden, Jr.
730 N. Post Oak Rd, Ste. 100
Houston, TX  77024

Cherry Transport
4001 S. County Road 1135
Midland, TX  79706

Sloan Energy Services
4803 Plaza Blvd., Ste. 802
Odessa, TX  79762

Chesley Henson
c/o James Louis Hordern, Jr.
730 N. Post Oak Rd, Ste. 100
Houston, TX  77024

Tesmec
12520 East FM 917
Alvarado, TX  76009

Crew Support Services
4409 S. County Road 1201
Midland, TX  79706

United States Trustee
1100 Cmmerce St., Rm 976
Dallas, TX  75242-0996

Internal Revenue Service
Centralized Insolvency Operatio
P.O. Box 7346
Philadelphia, PA  19101-7346

US Dept of Housing & Urban Deve
Marcus R Patton
Office of General Counsel
801 Cherry St, Unit 45
Ft. Worth, TX 76102-6882

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA  19101-7346

VA Regional Office
One Veterans Plaza
701 Clay Ave
Waco, TX  76799

INTERNAL REVENUE SERVICE
SPECIAL PROCEDURES STAFF
1100 COMMERCE STREET
MAIL CODE 5020-DAL
DALLAS, TX 75242

West Texas Mechanical
P.O. Box 69803
Odessa, TX  79769