**Fill in this information to identify the case:**

Debtor name **Cloud Ventures 1, LLC d/b/a Pipeline Trenchers Group**

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS**

Case number
(if known) **23-40228-MXM-11**

☐ Check if this is an amended filing

Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claims resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| 1 Cherry Transport 4001 S. County Road 1135 Midland, TX 79706 | | Vendor | | | | $44,956.76 |
| 2 Crew Support Services 4409 S. County Road 1201 Midland, TX 79706 | | Vendor | | | | $35,369.75 |
| 3 West Texas Mechanical P.O. Box 69803 Odessa, TX 79769 | | Vendor | | | | $34,510.32 |
| 4 Tesmec 12520 East FM 917 Alvarado, TX 76009 | | Vendor | | | | $33,254.35 |
| 5 Blanchard Welding 1103 S. Harry Ave Monahans, TX 79756 | | Vendor | | | | $7,360.00 |

Debtor   **Cloud Ventures 1, LLC d/b/a Pipeline Trenchers Group**          Case number (if known) **23-40228-MXM-11**
_____          _____
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 6  Sloan Energy Services 4803 Plaza Blvd., Ste. 802 Odessa, TX  79762 | | Vendor | | | | $4,500.00 |
| 7  Y-Bar-A P.O. Box 165 Midland, TX  79702 | | Vendor | | | | $890.00 |
| 8  Pipeline Trenchers, LLC c/o James Louis Horden, Jr. 730 N. Post Oak Rd, Ste. 100 Houston, TX  77024 | | Litigation | Disputed | | | $0.00 |
| 9  Lea County State Bank 1017 North Turner St. Hobbs, NM  88240 | | Lease | | | | $0.00 |
| 10  Chesley Henson c/o James Louis Hordern, Jr. 730 N. Post Oak Rd, Ste. 100 Houston, TX  77024 | | Litigation | Disputed | | | $0.00 |
| 11  Bennett Construction c/o Bradley Davenport 210 Park Ave, Suite 1200 Oklahoma City, OK 73102 | | Vendor | | | | $0.00 |
| 12  Advantage Equipment Rental an Sales, LLC c/o Tyler Green 508 N. Ridgeway Cleburne, TX  76033 | | Litigation | Disputed | | | $0.00 |